# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2007

133476 & (22)(23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHRISTINE WILLIAMS, Guardian and
Conservator of GEORGE WILLIAMS, a
Legally Incapacitated Adult,
           Plaintiff-Appellee,

v

           SC: 133476
           COA: 275473
           Wayne CC: 04-435505-NF

AUTO CLUB INSURANCE ASSOCIATION,
           Defendant-Appellant.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2007

p1023

Clerk